CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Marques Jahmar Selman**<br>DOB: 2005; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>26-06059MJ |

| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about April 26, 2026, in the District of Arizona, **Marques Jahmar Selman**, knowing and in reckless disregard of the fact that certain illegal aliens, Arturo Cesar Gonzalez-Gonzalez and Francisco Ventura-Orozco, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On April 26, 2026, in the District of Arizona (San Miguel), Border Patrol Agents (BPAs) were assigned to traffic operations on Federal Route 19 on the Tohono O'odham Nation.   At approximately 6:51 p.m., Tucson Sector Radio advised that the Tohono O'odham Police Department (TOPD) was requesting assistance with a vehicle stop on State Route 86 near mile marker 116.   BPAs responded to the area at approximately 7:05 p.m. and observed TOPD behind a silver 2017 Chevrolet Malibu.   TOPD advised BPAs that they had stopped the Malibu for failing to stop at a stop sign.   There was a driver and three other individuals in the Malibu when it was stopped.   The driver of the Malibu, identified as **Marques Jahmar Selman**, told TOPD that he did not know the other three individuals in his vehicle.   BPAs performed an immigration inspection on the three other individuals, including Arturo Cesar Gonzalez-Gonzalez and Francisco Ventura-Orozco, and BPAs determined them to be citizens of Mexico illegally present in the United States.   Record checks revealed that Arturo Cesar Gonzalez-Gonzalez and Francisco Ventura-Orozco do not possess the proper documentation to enter, pass through, or remain in the Unted States legally. **Selman** was determined to be a United States citizen.

Material witness Arturo Cesar Gonzalez-Gonzalez stated that he is a citizen of Mexico and that he would have to pay $9,500 to be smuggled into the United States.   He crossed the border within a group of three individuals near some X-shaped barriers into flat terrain where there were mountains to his left and right.   There was no foot guide in the group, and they all communicated with a coordinator via WhatsApp.   The coordinator informed them that a gray Chevrolet vehicle would pick them up in Sells, Arizona.   The group shared their location via WhatsApp and waited for approximately one hour for the vehicle to arrive.   When the vehicle arrived, it drove past the group, so they whistled at the driver to get his attention.

**Continued on next page.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Arturo Cesar Gonzalez-Gonzalez and Francisco Ventura-Orozco |
|---|

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |

Sworn by telephone _x_

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 27, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

**Continued from front page.**

The driver stopped approximately 20 meters from the group, and they ran and entered the vehicle. Gonzalez-Gonzalez sat on the floor behind the front passenger seat and on top of another individual from the group. There was only a driver in the vehicle when he entered, and the driver instructed him with hand gestures to sit in the rear seat. Gonzalez-Gonzalez described the driver as a Caucasian male with tattoos on his forearm who did not speak Spanish. He also stated that the driver had curly hair, no hat, and was wearing a white shirt.

Material witness Francisco Ventura-Orozco stated that he is a citizen of Mexico and that he was unsure of the total amount of money he would have to pay to be smuggled into the United States. Prior to crossing the border, he had contact with guides via cellphone and when it was time to cross, he was told to "Get ready". Ventura-Orozco walked across the border with "three chickens" while being guided by cellphone by an individual who remained in Mexico. He was instructed to "Have patience and not get desperate". The pick-up vehicle was shown to him by one of the "chickens", but he could not discern the type of vehicle. The group waited at the pick-up spot for 30 minutes and the driver did not say anything when he arrived. Ventura-Orozco felt "kind of happy" when he entered the vehicle because he thought it was "over". The vehicle was then stopped by a patrol vehicle because the driver missed a stop sign. Ventura-Orozco knew that it was illegal to enter without inspection by an immigration officer but wanted a "better future" because "money does not last in Mexico".